Below is an Order of the Court.

*[Signature]*
TRISH M. BROWN
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **Margaret Katherine Schreiber-Wise,**<br><br>               Debtor.<br><br>**Margaret Katherine Schreiber-Wise,**<br><br>               Plaintiff,<br><br>   v.<br><br>**St. Charles Health System, Inc. dba St. Charles Medical Center,**<br><br>               Defendant. | Case No. 16-31218-tmb7<br><br>Adv. Proc. No. 16-03063-tmb<br><br>**STIPULATED ORDER** |

**STIPULATED ORDER** – Page 1 of 2

The parties stipulate that defendant shall pay directly to plaintiff $2,000, and defendant shall pay directly to the law firm of Olsen Daines PC discounted fees and costs under 11 U.S.C. § 362(k) of $5,990.84. Plaintiff shall release all claims against defendant and dismiss this action with prejudice. Based upon the stipulation of the parties:

**IT IS ORDERED** that defendant shall pay directly to plaintiff $2,000.

**IT IS ORDERED** that defendant shall pay directly to the law firm of Olsen Daines PC discounted fees and costs of $5,990.84 under 11 U.S.C. § 362(k).

**IT IS ORDERED** that this action is dismissed with prejudice.

###

Presented and stipulated to by:

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Special Counsel for Plaintiff
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-201-4570


Stipulated to by:

Gary Bruce, OSB No. 082767
General Counsel for Defendant

**STIPULATED ORDER** – Page 2 of 2